UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 11-40705-LMK
CHAPTER 7 CASE

IN RE:

KAREN LYNN ARMSTRONG

Debtor.
                                                 /

**ORDER GRANTING MODIFICATION OF STAY**

THIS CASE is before the Court upon the Motion for Relief from Stay (Docket #27) filed by **SUNTRUST MORTGAGE, INC.,** a secured creditor. The Court having considered said Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED:

1. That the Motion for Relief from Stay be, and it is hereby, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

    LOT 5 HIGHGROVE, PHASE IV, UNRECORDED
    COMMENCE AT A CONCRETE MONUMENT MARKING THE NORTHEAST CORNER OF
    SECTION 32, TOWNSHIP 2 NORTH, RANGE 1 EAST, LEON COUNTY,
    FLORIDA AND RUN NORTH 89 DEGREES 39 MINUTES 49 SECONDS WEST
    774.48 FEET TO A TERRA COTTA MONUMENT, THENCE NORTH 89 DEGREES
    06 MINUTES 17 SECOND WEST 1376.82 FEET TO A CONCRETE MONUMENT,
    THENCE SOUTH 00 DEGREES 04 MINUTES 58 SECONDS EAST 639.92 FEET
    TO A CONCRETE MONUMENT, THENCE NORTH 89 DEGREEES 59 MINUTES 26
    SECONDS EAST 70.84 FEET TO AN IRON PIPE. THENCE SOUTH 00
    DEGREES 13 MINUTES 47 SECONDS WEST 225.00 FEET TO THE POINT OF
    BEGINNING. FROM SAID POINT OF BEGINNING CONTINUE SOUTH 00
    DEGREES 13 MINUTES 47 SECONDS WEST 150.00 FEET, THENCE SOUTH 89
    DEGREES 46 MINUTES 13 SECONDS EAST 598.31 FEET TO THE WESTERLY
    RIGHT OF WAY BOUNDARY OF GLENCASTLE DRIVE (60 FOOT RIGHT OF
    WAY), THENCE NORTH 00 DEGREES 04 MINUTES 36 SECONDS WEST ALONG
    SAID RIGHT OF WAY BOUNDARY 150.00 FEET, THENCE NORTH 89 DEGREES
    46 MINUTES 13 SECONDS WEST 597.51 FEET TO THE POINT OF
    BEGINNING. THE EASTERLY 10 FEET OF THE FOREGOING DESCRIBED
    PROPERTY BEING SUBJECT TO A UTILITY EASEMENT. ALSO, THE
    FOREGOING DESCRIBED PROPERTY BEING SUBJECT TO A DRAINAGE
    EASEMENT

    A/K/A: 4943  GLEN CASTLE DR, TALLAHASSEE, FL 32309

2. It is further ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. The fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **SUNTRUST MORTGAGE, INC.** can pursue its in rem remedies without further delay.

4. A state court judge is permitted to determine reasonable bankruptcy fees and costs to the Movant, which arose out of the instant bankruptcy case.

DONE AND ORDERED at Northern District of Florida, this the  22nd  day of November, 2011.

_____
Lewis M.Killian, Jr.
United States Bankruptcy Judge

Copies furnished to:

THERESA M. BENDER, TRUSTEE
P.O BOX 14557
TALLAHASSEE, FL 32317

KAREN LYNN ARMSTRONG
4254 BENCHMARK TRACE
TALLAHASSEE, FL 32317

THOMAS B. WOODWARD, ESQ.
P. O. BOX 10058
TALLAHASSEE, FL 32302

JEFFREY L. ARMSTRONG
4943 GLEN CASTLE DRIVE
TALLAHASSEE, FL 32309

U.S. TRUSTEE
UNITED STATES TRUSTEE
110 E. PARK AVENUE, SUITE 128
TALLAHASSEE, FL 32301